**DISMISS; Opinion Filed July 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00148-CR

**ERNESTO CANTU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-11-R-0006-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

A Coppell municipal court jury convicted Ernesto Cantu of class C misdemeanor theft and assessed a $500 fine. *See* TEX. PENAL CODE ANN. §§ 12.23 (West 2011), 31.03(a),(e)(1)(A) (West Supp. 2012). Cantu appealed to the Dallas County Criminal Court of Appeals, which issued a judgment on October 3, 2012 affirming the municipal court's judgment. Cantu did not file a motion for new trial, making his notice of appeal due no later than November 2, 2012 or, with an extension motion, no later than November 19, 2012. *See* TEX. RS. APP. P. 4.1(a), 26.2(a), 26.3. Cantu's notice of appeal, however, was not filed until December 5, 2012.

A timely notice of appeal is essential to vest this Court with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Because Cantu's notice of appeal was untimely, we lack jurisdiction over this appeal and dismiss. *See* TEX. R. APP. P. 43.2(f).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130148F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERNESTO CANTU, Appellant

No. 05-13-00148-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court of Appeals No. 1, Dallas County, Texas
Trial Court Cause No. MC-11-R-0006-D.
Opinion delivered by Justice Lang.  Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 30th day of July, 2013.


/Lana Myers/

DOUGLAS S. LANG
JUSTICE